RAPLEE, Respondent, v. SWORTS PRODUCE CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Ira A. Raplee against the Sworts Produce Company, Limited. No opinion. Judgment and order affirmed, with costs.

RAYMOND, Respondent, v. HOSMER et al., Appellants. Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Irving E. Raymond, as president, against Edward S. Hosmer, impleaded. S. T. D. Jones, for appellants. A. F. Gotthold, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RAYMOND, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Katharine Raymond, as executrix, against the New York City Railway Company. C. F. Brown, for appellant. A. F. Clark, for respondent. No opinion. Judgment and order reversed, new trial ordered, costs to appellant to abide event; unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $7,858.15, in which event judgment as so modified and order affirmed, without costs. Settle order on notice.

REDINGTON v. GILMAN et al. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Caroline G. Redington against Frazier Gilman and others. No opinion. Motion denied, with $10 costs. Order filed.

REDMUND v. HEARN. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by William J. Redmund against Frederick W. Hearn. No opinion. Motion denied, with $10 costs. Order signed.

REED, Respondent, v. BENDER-MARTIN CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Clarence E. Reed against the Bender-Martin Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

REED et al., Respondents, v. JOYCE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Action by George D. Reed and another against Minnie L. Joyce and others.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellants shall, within 30 days from date of service of a copy of the order herein, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, and pay to the respondents' attorney $10 costs of this motion; in which event said motion is denied, without costs.

REED v. PROVIDENT SAVINGS LIFE ASSUR. SOC. et al. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Theodore F. Reed against the Provident Savings Life Assurance Society and others. No opinion. Motion denied.

REEVES, Respondent, v. CONVERSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by George W. Reeves, as, etc., against James F. Converse and another.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents, and votes for modification of the judgment by striking out the provision requiring delivery of possession of the real estate to the receiver, and also the provision which absolutely sets aside the deed and cancels the same of record. See Harris v. Osnowitz, 35 App. Div. 594, 55 N. Y. Supp. 172, and Moyer v. Moyer, 7 App. Div. 523, 40 N. Y. Supp. 258.

REEVES, Respondent, v. FOURTEENTH STREET STORE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Emma A. Reeves against the Fourteenth Street Store. No opinion. We think the evidence in this case did not justify the order setting aside the verdict. Order setting aside verdict reversed, and verdict reinstated, with costs.

REEVES, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Edwin C. Reeves against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

REICH v. COCHRAN et al. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Elizabeth Reich against Eva S. Cochran and others. No opinion. Motion denied. Order filed.

REINHEIMER, Respondent, v. CUNNINGHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Herman Reinheimer against Thomas Cunningham and others. No opinion. Judgment and order unanimously affirmed, with costs.

REISS, Appellant, v. PFEIFFER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Solomon L. Reiss, as surviving partner, against William Pfeiffer, as executor, etc., of Minnie Pfeiffer, deceased, and others. No opinion. Motion to dismiss appeal denied.

REPORTERS' ASS'N v. SUN PRINTING & PUBLISHING ASS'N. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by the Reporters' Association against the Sun Printing & Publishing Association. No opinion. Motion granted. Question certified as stated in order. Order filed.

RHODES, Appellant, v. MUTUAL RESERVE LIFE INS. CO., Respondent. (Su-